| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN #294141<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorneys for Defendant<br>LOVELLE GREEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00022-DAD |
| *Plaintiff,* | ) ) | **ORDER FOR** |
| vs. | ) ) | **TEMPORARY RELEASE** |
| LOVELLE GREEN, | ) ) | |
| *Defendant.* | ) ) ) ) | |

Upon consideration of Defendant Lovelle Green's motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Green is released to the custody of Federal Defender Staff members Kevin Mitchel, Social Worker/ReEntry Specialist and Victor D. Gonzalez, Investigator, for the purpose of attending the funeral services of Seandra Renee Rooters at Jesse E. Cooley Jr. Funeral Home: Cooley Chapel, at 1830 South Fruit Avenue, Fresno CA 93706 only. Defendant shall go to no other location.

/ / /

/ / /

/ / /

/ / /

/ /

/ / /

Mr. Green shall be released at 12:00 p.m. on February 5, 2018. He shall return to the Fresno County Jail no later than 4:15 p.m. on February 5, 2018. While on release, Mr. Green is ordered to remain in the care, custody and control of Federal Defender Staff. He is further ordered to abide by all laws, and to not consume and alcohol or controlled substance, prescribed or not, during the period of his temporary release. Mr. Mitchel and Mr. Gonzalez are directed to contact Pretrial Services Officer Elizabeth Gutierrez immediately upon any violation of the conditions of Mr. Green's temporary release.

IT IS SO ORDERED.

Dated: __**February 2, 2018**__

UNITED STATES MAGISTRATE JUDGE