| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN #294141 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | LOVELLE GREEN |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00022-DAD-BAM |
| Plaintiff, | |
| v. | **ORDER FOR TEMPORARY RELEASE AND SETTING CONTINUED HEARING ON DEFENDANT'S MOTION TO REVOKE DETENTION** |
| LOVELLE GREEN, | |
| Defendant. | |

Upon consideration of Defendant Lovelle Green's motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Green is temporarily released on Pretrial Supervision, for the purposes of facilitating a psychological evaluation and assessment for acceptance into the WestCare Inpatient Treatment Program. Mr. Green will be physically released to the custody of Federal Defender Staff member Kevin Mitchel, Social Worker/ReEntry Specialist, who will transport Mr. Green to and from the meeting with WestCare's psychiatrist, Dr. Barnett, at 11:00 a.m. on April 24, 2018 at Turning Point of Central California: 1638 L. Street, Fresno CA.

Mr. Green shall be released at 8:30 a.m. on April 24, 2018. He shall return to the Fresno County Jail immediately following his appointment with Dr. Barnett, and no later than 5:00 p.m. on that same day, April 24, 2018. While on release, Mr. Green is ordered to remain in the care, custody and control of Federal Defender Staff. He is further ordered to abide by all laws, and to

1

not consume and alcohol or controlled substance, prescribed or not, during the period of his temporary release.

It is further ordered that a hearing shall be set for Monday, April 30, 2018 at 10:00 a.m. for a ruling on defendant's motion to revoke the detention order.

IT IS SO ORDERED.

Dated: **April 9, 2018**

UNITED STATES DISTRICT JUDGE