| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN #294141 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | LOVELLE GREEN |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        *Plaintiff,*

vs.

LOVELLE GREEN,

        *Defendant.*

Case No. 1:18-cr-00022-DAD-BAM

**ORDER DIRECTING PRETRIAL SERVICES TO TRANSMIT PSYCHOLOGICAL EVALUATION TO WESTCARE OF CALIFORNIA, INC.**

The Pretrial Services Officer is hereby ordered to release/transmit a copy of the psychiatric evaluation and recommendation regarding Mr. Green's suitability for an inpatient treatment program, authored by Dr. Barnett on April 25, 2018, to WestCare of California, Inc.

IT IS SO ORDERED.

Dated: **April 30, 2018**

                                 /s/ Dale A. Drozd
                                 UNITED STATES DISTRICT JUDGE