| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN #294141 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | LOVELLE GREEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00022-DAD-BAM |
| *Plaintiff,* | **STIPULATION AND ORDER FOR TEMPORARY RELEASE AND CONTINUING HEARING ON DEFENDANT'S MOTION TO REVOKE DETENTION** |
| vs. | |
| LOVELLE GREEN, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Defendant Lovelle Green may be temporarily released for the purposes of conducting an in-person assessment by WestCare Director Kathy Hayden at WestCare's administrative office at 1900 North Gateway, Fresno CA 93727 at 9:00 a.m. on May 15, 2018. The parties request a temporary release order to the third party custody of Federal Defender staff, and specifically Kevin Mitchel, between the hours of 8:00 a.m. and 1:00 p.m. to allow for the assessment and Mr. Green's transport from and return to the Fresno County Jail.

The parties further request that the continued hearing on Defendant's motion to revoke, which is currently scheduled for May 14, 2018 at 2:00 p.m., be continued until May 21, 2018 at 10:00 a.m. to ensure that the Court has updated information from WestCare following the assessment, before proceeding in this matter.

1

The reason for this request is that that Ms. Hayden is unable to make a final determination regarding Mr. Green's acceptance into the program without conducting an assessment herself. The psychologist Mr. Green was referred to by WestCare and Pretrial Services, Dr. Michael Barnett, authored a brief report finding that Mr. Green is "a good candidate for an inpatient chemical dependency program" and that his mental health issues are "secondary to his chronic substance abuse." *See* Exhibit A. The report was too brief to be of much help to Ms. Hayden in making her final determination, but based upon the recommendation in the report Ms. Hayden would like to meet with Mr. Green herself. If Ms. Hayden determines that Mr. Green is appropriate for treatment at WestCare's inpatient facility, WestCare staff will advise pretrial prior to the new proposed hearing on May 21, 2018.

Based upon the forgoing, the parties hereby request Mr. Green's temporary release in order to attend the assessment, and to continue the hearing on this matter until May 21, 2018 at 10:00 a.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: May 8, 2018         */s/ Jeffrey A. Spivak*
                           Jeffrey A. Spivak
                           Assistant United States Attorney
                           Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 8, 2018         */s/ Megan T. Hopkins*
                           MEGAN T. HOPKINS
                           Assistant Federal Defender
                           Attorneys for Defendant
                           LOVELLE GREEN

**ORDER**

IT IS HEREBY ORDERED that Mr. Green is temporarily released for the purposes of facilitating an assessment for acceptance into the WestCare Inpatient Treatment Program by WestCare Director Kathy Hayden. Mr. Green will be physically released to the custody of Federal Defender Staff member Kevin Mitchel, Social Worker/ReEntry Specialist, who will transport Mr. Green to and from the meeting at WestCare's administrative offices located at 1900 North Gateway, Fresno CA 93727.

Mr. Green shall be released at 8:00 a.m. on May 15, 2018. He shall return to the Fresno County Jail immediately following his appointment with Kathy Hayden, and no later than 1:00 p.m. on that same day, May 15, 2018. While on release, Mr. Green is ordered to remain in the care, custody and control of Federal Defender Staff and to travel directly from Fresno County Jail to the WestCare administrative offices, and back immediately following the assessment. He is further ordered to abide by all laws, and to not consume and alcohol or controlled substance, prescribed or not, during the period of his temporary release.

It is further ordered that the hearing scheduled for Monday, May 14, 2018 at 2:00 p.m. shall be continued to Monday, May 21, 2018 at 10:00 a.m. for a ruling on defendant's motion to revoke the detention order.

IT IS SO ORDERED.

Dated: **May 8, 2018**    _____
                                              UNITED STATES DISTRICT JUDGE

3
Stipulation and Order for Temporary Release