HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
MEGAN T. HOPKINS, CA SBN #294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LOVELLE GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00022-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO SUPPRESS STATEMENTS AND EVIDENCE** |
| vs. | |
| LOVELLE GREEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the briefing schedule for Defendant's motion to suppress statements and evidence be continued out for 30 days to permit the parties time to meet and confer regarding a possible plea agreement.

The parties propose the following amended briefing schedule:
1. Defendant's Motion to Suppress: June 18, 2018
2. Government's Opposition to Motion: July 9, 2018
3. Defendant's Reply to Opposition: July 16, 2018
4. Hearing on Motion: July 23, 2018 at 10:00 a.m.

1

1 | The parties are actively discussing the terms of a possible resolution. In order to avoid unnecessary docketing/withdrawals the parties believe a continuance of the briefing schedule is appropriate, as the matter will become moot should the Defendant elect to accept the Government's offer, once finalized.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and plea negotiations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the June 25, 2018 hearing for *inter alia* defense trial preparation.

Based upon the forgoing, the parties hereby request that the briefing schedule in this matter be continued as set forth above.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: May 8, 2018        */s/ Jeffrey A. Spivak*
Jeffrey A. Spivak
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 8, 2018        */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
LOVELLE GREEN

# ORDER

IT IS HEREBY ORDERED that the briefing schedule for Defendant's motion to suppress statements and evidence is continued as follows:

1. Defendant's Motion to Suppress: June 18, 2018
2. Government's Opposition to Motion: July 9, 2018
3. Defendant's Reply to Opposition: July 16, 2018
4. Hearing on Motion: **July 30, 2018** at 10:00 a.m.

Time shall be excluded through July 30, 2018 for defense preparation and plea negotiations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **May 9, 2018**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE