# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18 CR 000 22 |
| Plaintiff, | |
| v. | **DETENTION ORDER**<br>(Violation of Pretrial Release) |
| LOVELLE GREEN, | |
| Defendant. | |

After conducting a preliminary hearing pursuant to 18 U.S.C. § 3148(b) on the United States' motion for revocation of the previous order for release and due to the fact that the defendant was terminated from Westcare for violation of it terms and conditions, the Court orders the previous conditions of pretrial release be revoked and this defendant be temporarily detained until his petition for pretrial violation is adjudicated. In ordering the defendant detained, the Court makes the following findings:

[X] based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person of the community, and r

[X] the person is unlikely to abide by any condition or combination of conditions of release. Fed. R. Crim. P. 46(c), 18 U.S.C. § 3148.

IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with counsel. Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: __**June 26, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE