HEATHER E. WILLIAMS, CA #122664
Federal Defender
MEGHAN D. McLOUGHLIN, NY Bar #5342100
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
LOVELLE GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOVELLE GREEN,<br><br>Defendant. | Case No.  1:18-cr-00022-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING: ORDER<br><br><br>DATE:   September 20, 2021<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that:

1. By previous order, this matter was set for sentencing on September 20, 2021 at 9:00 a.m.

2. By this stipulation, defendant now moves to continue the sentencing hearing until October 25, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant is continuing to investigate matters relevant to sentencing and seeks to continue discussions with United States Probation and the government regarding sentencing in this matter.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: September 1, 2021          By:   */s/ Meghan D. McLoughlin*
                                        MEGHAN D. McLOUGHLIN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LOVELLE GREEN


PHILLIP A. TALBERT
Acting United States Attorney

DATED: September 1, 2021          By:   */s/ Jeffrey Spivak*
                                        JEFFREY SPIVAK
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **September 1, 2021**                    _____
                                                 UNITED STATES DISTRICT JUDGE