HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
LOVELLE GREEN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00022-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION FOR RELEASE ORDER; ORDER RELEASING DEFENDANT TO RESIDENTIAL REENTRY CENTER** |
| vs. | |
| LOVELLE GREEN, | Date:  October 25, 2021 |
| Defendant. | Time:  9:00 a.m. |

**STIPULATION FOR RELEASE ORDER**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Meghan D. McLoughlin, counsel for defendant, Lovelle Green, and Senior United State Probation Officer Nicole Wright, that the Court issue an order requiring Mr. Green to reside at the Turning Point Residential Reentry Center ("RRC") in Fresno, California for a period of up to 180 days upon his release, in anticipation of an agreed-upon disposition by the parties. In order to secure a bed at the RRC, the parties present this stipulation and proposed order so that the RRC can prepare for Mr. Green's intake soon after his sentencing hearing on October 25, 2021.

As grounds, the parties stipulate to the following:

1. On June 1, 2021, Mr. Green appeared for his initial appearance on a Petition for Revocation of Conditions of Supervised Release (the "Petition"), ECF No. 59, and has remained in custody since that time. *See* ECF Nos. 61, 62, 66.
2. The Petition alleged three charges: (1) Unlawful Use of a Controlled Substance; (2) New Law Violation; and (3) New Law Violation. ECF No. 59.
3. On July 20, 2021, Mr. Green admitted to charge one, unlawful use of a controlled substance, with the understanding that charges two and three would be dismissed at the time of sentencing. ECF No. 70.
4. The matter is currently set for sentencing on October 25, 2021 at 9:00 a.m. ECF No. 77.
5. As of that date, Mr. Green will have served nearly five months in custody.
6. The parties anticipate that they will present a joint disposition at the sentencing hearing: a term of incarceration of time-served as of October 26, 2021, with a 24-month term of supervised release to follow, which includes a condition that Mr. Green reside at the RRC in Fresno, California for a period of up to 180 days, and other additional conditions as outlined in Senior United States Probation Officer Nicole Wright's Dispositional Memorandum.
7. However, in order for Mr. Green to reserve a bed at the RRC, the RRC requires a court order approximately seven days in advance to prepare for intake.
8. Bed space at the RRC is filling quickly, and the parties are concerned that there may not be room available in the next week. Thus, the parties hope to secure a bed for Mr. Green as soon as possible.
9. As a result, and in anticipation of the joint recommendation, the parties now jointly, respectfully request that the Court enter an order requiring Mr. Green to reside at the RRC upon his release from custody, in advance of the sentencing hearing on October 25, 2021, in order to secure bed space at the RRC. If, at the time of sentencing, the Court disagrees with the agreed-upon disposition, the Court would, of course, be able to revoke its order releasing Mr. Green and order otherwise.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 16, 2021        */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
LOVELLE GREEN

PHILLIP A. TALBERT
Acting United States Attorney

Date: October 16, 2021        */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

For the reasons stated in the parties' joint stipulation requesting an order of release, and pending the outcome of the sentencing hearing currently scheduled for October 25, 2021, the Court ORDERS that, upon his release from custody, Defendant Lovelle Green be subject to the following condition:

> The defendant shall reside and participate in a residential community corrections center, Turning Point RRC, for a period of up to 180 days; said placement shall commence on upon release from custody pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prison.

IT IS SO ORDERED.

Dated: __October 18, 2021__          _Dale A. Drozd_
                              UNITED STATES DISTRICT JUDGE