HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
LOVELLE GREEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00022-DAD-BAM |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO TURNING POINT RESIDENTIAL REENTRY CENTER** |
| vs. | |
| LOVELLE GREEN, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Lovelle Green (Fresno County Sheriff's Office JID No. 0703274) shall be released from the Fresno County Jail on Tuesday, October 26, 2021 at 8:00 a.m. and immediately and directly transported to the Turning Point Residential Reentry Center, 3547 S Golden State Frontage Rd, Fresno, CA 93725. To ensure his safe and immediate transport to the RRC, the Jail will release Mr. Green only to the custody of Kevin Mitchel, Federal Defender Office representative. Mr. Mitchel agrees to transport Mr. Green directly to the RRC.

IT IS SO ORDERED.

Dated: **October 25, 2021**

_____
UNITED STATES DISTRICT JUDGE