PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                    v.<br><br>LOVELLE GREEN,<br><br>                            Defendant. | CASE NO.  1:18-CR-00022-ADA-BAM<br><br>JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: November 10, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**JOINT STATUS REPORT AND STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on November 10, 2022.

2.      Counsel for defendant desires additional time consult with his client, to review the current charges, to conduct further investigation and research related to the charges, to review discovery, to discuss potential resolution with government counsel and probation.

///

///

///

///

///

JOINT STATUS REPORT; STIPULATION; ORDER                    1

3.     By this stipulation, defendant now moves to continue the status conference until December 8, 2022 at 2:00 pm before the Duty Magistrate Judge.  If that date is not available, the parties would request another available date in early December 2022.

Dated:  November 8, 2022                        PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ JEFFREY A. SPIVAK
                                                JEFFREY A. SPIVAK
                                                Assistant United States Attorney


Dated:  November 8, 2022                        /s/ MICHAEL AED
                                                MICHAEL AED
                                                Counsel for Defendant Lovelle Green




**ORDER**

The status conference in this matter currently set for November 10, 2022 before Magistrate Judge Barbara A. McAuliffe has been **continued to December 8, 2022 at 2:00 pm before Magistrate Judge Sheila K. Oberto.**

IT IS SO ORDERED.

Dated:   __**November 8, 2022**__          ____/s/ Barbara A. McAuliffe____
                                          UNITED STATES MAGISTRATE JUDGE